# United States Court of Appeals for the Federal Circuit

---

December 30, 2025

**ERRATA**

---

Appeal No. 2025-1506

**ANGELA HOWARD,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

Decided: November 5, 2025
Nonprecedential Opinion

---

Please make the following change:

On page 8, line 15, insert "errors" after "procedural"